MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Daisy Washington-Gross     Plaintiff(s),

v.

Apple, Inc.

Case: 2:16-cv-11296
Judge: Tarnow, Arthur J
MJ: Patti, Anthony P.
Filed: 04-08-2016 At 12:33 PM
CMP DAISY WASHINGTON-GROSS V APPLE, INC (LG)

Defendant(s).
_____/

## COMPLAINT

I. <u>Defendant(s)</u>. Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

### Name of Defendant(s)

1. Apple, Inc.

2. Tim Cook

3. _____

4. _____

5. _____

II. <u>Statement of claim</u>. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Apple, Inc. has infringed on the Patent Pending for the "Detachable Beeper Disc Digital Gym Shoe Computer Wrist Watch".

It was stated that the Apple Inc. Watch is "the most abitious, well-constructed Smart Watch ever". It's a device that can act as a wrist watch companion for all sorts of things. Apple, Inc. failed to write or call Daisy Washington-Gross

MIED (Rev.5/13) General Civil Complaint

who was the first to put the compatable watch in the Patent Office to prove the patent infringement.

III.  Relief.  Briefly state exactly what you want the court to do for you.

I would like a jury trial to prove the Patent Infringement of their "Apple Computer Wrist Watch" and be awarded (2) Two Billion Dollars because of their infringement and because I was the first to put in for a patent for a "computer wrist watch".

MIED (Rev.5/13) General Civil Complaint

IV. <u>Additional Information</u>. – Briefly enter any additional information, you may use additional paper.

V. <u>Demand for Jury Trial</u>.   Check this box if you want your case to be decided by a jury, instead of a judge.

☐    Plaintiff demands a jury trial on all issues.

Dated: April 8, 2016

Plaintiff's Signature
Daisy Washington-Gross
Plaintiff's Printed Name

15745 Winthrop
Street Address
Detroit, Michigan 48227
City, State, Zip Code

(313) 334-8714
Telephone Number

E-mail Address

## **ADDITIONAL INFORMATION**

"APPLE COMPUTER WRIST WATCH"

Apple 42 mm. watch,

Sport Space,

Groupon.com

1. Apple Watch Magnetic:   $29.00
2. Men's Casio G-Shock Watch:   $40.99 (Target)
3. Apple-Apple Watch Sport:   $359.99 (Best Buy)
4. Original Apple Watch 42 mm:   $278.99 (E-Bay)
5. Fossil Grant Chronograph:   $115.00 (Fossil)
6. Apple Watch Sport, 42 mm Space:   $349.00 (Apple Store)

Review by Scott Stein (July 15, 2015):

The Apple Watch is "the most ambitious, well-constructed Smart Watch ever"...Computer Newbies. It is a device that can act as a wrist companion for all sorts of things. It can send and receive e-mails.

April 24, 2015 release.

April 10, 2015

Apple Stores

# CIVIL COVER SHEET

County in which action arose _____

civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except a by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the e of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**(a) PLAINTIFFS**

Daisy Washington-Gross

**DEFENDANTS**

Apple, Inc

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

15745 Winthrop, Detroit, Michigan 48227

**County of Residence of First Listed Defendant** _____

Case 2:16-cv-11296
Judge Tarnow, Arthur J
MJ Patti, Anthony P
Filed 04-08-2016 At 12:33 PM
CMP DAISY WASHINGTON-GROSS V APPLE, INC (LG)

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*

## BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- Insurance
- Marine
- Miller Act
- Negotiable Instrument
- Recovery of Overpayment & Enforcement of Judgment
- Medicare Act
- Recovery of Defaulted Student Loans (Excludes Veterans)
- Recovery of Overpayment of Veteran's Benefits
- Stockholders' Suits
- Other Contract
- Contract Product Liability
- Franchise

**REAL PROPERTY**
- Land Condemnation
- Foreclosure
- Rent Lease & Ejectment
- Torts to Land
- Tort Product Liability
- All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
- Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____

Brief description of cause: _____

## REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

April 8, 2016

SIGNATURE OF ATTORNEY OF RECORD
Daisy Washington-Gross

**OFFICE USE ONLY**

RPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☑ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | |
|---|---|
| ☑ | Two (2) completed **Civil Cover Sheets**. |
| ☐ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___/___ + 2 = _____ Complaints.  *Cmp received*<br>*# of Defendants*    *Total*<br><br>Received by Clerk: _____ Addresses are complete: __None__ |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. |

Case: 2 16-cv-11296
Judge. Tarnow, Arthur J
MJ Patti, Anthony P
Filed: 04-08-2016 At 12 33 PM
CMP DAISY WASHINGTON-GROSS V APPLE, INC (LG)

| **If Paying The Filing Fee** | **If Asking That The Filing Fee Be Waived** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #: _____ | ☒ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br>Received by Clerk: _(signature)_ |

Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed summonses for each defendant including each defendant's name and address.<br><br>Received by Clerk: _(signature)_ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev 4/13