United States
Eastern Division of
Michigan District Court

Dated: April 1, 2016

Daisy-Washington-Gross

vs,

Apple Inc.

F I L E D
APR = 8 2016
CLERK'S OFFICE
DETROIT

16-11296

## MOTION

  I am sending you this Motion in reference to a Utility Patent request that was filed on or about July 16, 1996. I, Daisy Washington-Gross applied for "The Detachable Beeper Disc Digital Computer Wrist Watch". At that time, I paid $325.00 to the Patent Office. Following that, my Invention Patent request came up missing for a whole month. I, Daisy Washington-Gross do believe in "Good Faith" that my Utility and Design Patent was infringed upon. I would like the courts to grant me the rights to sue Apple, Inc. and any and all who infringed upon my invention.

  I am asking for (2) Two Billion Dollars your honor. I am asking that a court date be appointed so that I can state my claim. I will also provide any and all drawings and paperwork to investigate per request. I have notified Apple, Inc. and Mr. Tim Cook (Apple, Inc. CEO) by certified letter that a lawsuit is being filed for infringement of my" Computer Wrist Watch". A true copy has been placed in the United States Postal mail.

Sincerely,

*Daisy Washington Gross*

Daisy Washington-Gross
Date: April 1, 2016
*april 7, 2016*

**JURAT WITH AFFIANT STATEMENT**

State of __MI__

County of __Wayne__    } ss.

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

_____     _____
*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

Subscribed and sworn to (or affirmed) before me

this __4th__ day of __April__, __2016__, by
      *Date*        *Month*      *Year*

__Daisy Gross__
*Name of Signer No. 1*

_____
*Name of Signer No. 2 (if any)*

__Donald Boyd__
*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

[Notary seal:] Notary Public, Michigan
Wayne County
My Commission Expires Aug 9, 2021
Acting in the County of Wayne

_____
*Any Other Required Information*
*(Residence, Expiration Date, etc.)*

──────── **OPTIONAL** ────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __US Eastern Division of MI District Court against AP I__

Document Date: __4-1-16__     Number of Pages: __2__

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #25924